PASCAZI LAW OFFICES, PLLC, Appellant, v PIONEER NATURAL POOLS, INC., et al., Respondents.

Submitted April 11, 2016; decided June 7, 2016

Motion, insofar as it seeks leave to appeal as against Taconic Holdings, LLC, dismissed upon the ground that as to it the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

JUVONDI PENDER, Appellant, v MORRIS DUFFY ALONSO FALEY, LLP, Respondent.

Submitted April 11, 2016; decided June 7, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1137 (2016)].

ROBERT L. SCHULZ, Appellant, et al., Plaintiffs, v ANDREW M. CUOMO et al., Respondents, et al., Defendants.

Submitted April 18, 2016; decided June 7, 2016

Motion for reconsideration of this Court's February 23, 2016 dismissal order denied [*see* 26 NY3d 1139 (2016)].

Chief Judge DIFIORE taking no part.